CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Milton Fredy Calel-Lem**<br>DOB: 2002; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**21-03427MJ** |

Complaint for violation of Title 18, United States Code, Sections 111(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 10, 2021, in the District of Arizona, Defendant **Milton Fredy Calel-Lem** did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent F.R., an agent of the United States as designated in section 18 U.S.C. § 1114, while Agent F.R. was engaged in, or on account of the performance of his duties, by striking Agent F.R. in the head. All in violation of Title 18, United States Code, Sections 111(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about December 10, 2021, near San Miguel, Arizona, United States Border Patrol Agent F.R., as part of his official duties, were looking for two people in a remote area. When Agent F.R. came upon **Milton Fredy Calel-Lem,** he ran away. Agent F.R. was able to grab **Calel-Lem** but **Calel-Lem** struggled to get away. During the struggle, **Calel-Lem** grabbed Agent F.R.'s radio and hit Agent F.R. in the head with it. **Calel-Lem** then struck Agent F.R. again in the head. **Calel-Lem** then tried to get Agent F.R.'s firearm out of its holster and grab Agent F.R.'s baton from his duty belt. When he was unsuccessful, **Calel-Lem** then tried to grab Agent F.R.'s pocketknife.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Sarah B. Houston*   SARAH HOUSTON *Digitally signed by SARAH HOUSTON Date: 2021.12.13 11:52:13 -07'00'*<br><br>Sworn to telephonically. | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>USBP Agent Andrew Carpenter |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslie A. Bowman* | DATE<br>December 13, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54