GARY M. RESTAINO
United States Attorney
District of Arizona

SARAH B. HOUSTON
Assistant U.S. Attorney
State Bar No.: 026691
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.houston@usdoj.gov
Attorneys for Plaintiff

FILED

2022 JAN -5 PM 12: 38

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

  Plaintiff,

vs.

Milton Fredy Calel-Lem,

  Defendant.

No. CR-22-49-TUC-JAS(JR)

**INDICTMENT**

VIO: 18 U.S.C. §§ 111(a)
(Assault on a Federal Officer)
Count 1

18 U.S.C. §§ 111(a) & 111(b)
(Assault on a Federal Officer –
Deadly or Dangerous Weapon)
Count 2

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about December 10, 2021, in the District of Arizona, Defendant MILTON FREDY CALEL-LEM did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent F.R., a person designated under Title 18, United States Code, Section 1114 as a Federal officer, while Agent F.R. was engaged in and on account of the performance of his official duties, by intentionally striking Agent F.R. in the head and torso.

All in violation of Title 18, United States Code, Section 111(a).

//
//

## COUNT 2

On or about December 10, 2021, in the District of Arizona, Defendant MILTON FREDY CALEL-LEM did intentionally and forcibly assault United States Border Patrol Agent F.R., a person designated under Title 18, United States Code, Section 1114 as a Federal officer, while Agent F.R. was engaged in and on account of the performance of his official duties, and in doing so used a deadly and dangerous weapon, to wit: a radio, and such act involved physical contact.

All in violation of Title 18, United States Code, Sections 111(a) and 111(b).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Date: January 5, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/

SARAH B. HOUSTON
Assistant U.S. Attorney