**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** James A. Soto | **Date:** July 26, 2022 |
| **USA v. Milton Fredy Calel-Lem** | **Case Number:** CR-22-00049-001-TUC-JAS (JR) |

**Assistant U.S. Attorney:** Sarah Bullard Houston and Frances Kreamer Hope
**Attorney for Defendant:** Jordan Malka and Fernanda Munoz, Assistant Federal Public Defenders
**Interpreter:** Hortencia Studer and Lucinda Bush    **Language:** Spanish
**Defendant:**  ☒ **Present**  ☐ **Not Present**  ☐ **Released**  ☒ **Custody**  ☐ **Summons**  ☐ **Writ**

**JURY TRIAL, DAY 1:**

9:04am- 9:08am: Government is present. Defense counsel are present. Defendant is present. Jurors are not present.  Defendant waives his appearance at side bar conferences.

9:20am: Fifty-Five prospective Jurors enter the courtroom. Voir Dire commences.

**10:25am – 10:36am: Break**

10:36am: Government is present. Defense counsel are present. Defendant is present. Jurors are present. Voir Dire resumes.

12:19pm:  Counsel conduct their preemptory challenges.

1:06pm: Fourteen Jurors are selected for the panel.  Remaining Jurors are thanked and excused. Jurors are sworn and excused for recess.

**1:12 pm– 2:20pm: Break**

2:20pm:  Government is present.  Defense counsel are present. Defendant is present.  Jurors are present. The Court reads preliminary Jury Instructions.

2:36: Opening statement heard from the Government.

2:46pm: Opening statement heard from Defense counsel.

| | |
|---|---|
| **USA v.** Milton Fredy Calel-Lem | **Date:** July 26, 2022 |
| **Case Number:** CR-22-00049-001-TUC-JAS (JR) | Page 2 of 2 |

2:56pm: Agent Matthew Dollar is sworn and examined.  With no objection from defense counsel, exhibit 1 and 2 are admitted. With no objection from the Government, exhibit 113 and 117 are admitted.

**3:48pm – 3:57pm: Break**

3:57pm:  Government is present. Defense Counsel are present. Jurors are not present.  Discussion held regarding remaining witnesses.

4:02pm:  Jurors enter Courtroom. Agent Felipe Ruiz is sworn and examined. With no objection from defense counsel, exhibit 4, 5, and 6 are admitted.

4:38pm: Court adjourned. Jury Trial to resume 7/27/2022 at 9:30am.

| | |
|---|---|
| **Court Reporter** Cindy Shearman | **Jury Trial:** |
| **Deputy Clerk** Tiffany Dame | 5 hours 7 min |
| | |
| | **Start:  9:04am** |
| | **Stop:   4:38pm** |