**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** James A. Soto | **Date:** July 27, 2022 |
| **USA v. Milton Fredy Calel-Lem** | **Case Number:** CR-22-00049-001-TUC-JAS (JR) |

**Assistant U.S. Attorney:** Sarah Bullard Houston and Frances Kreamer Hope
**Attorney for Defendant:** Jordan Malka and Fernanda Munoz, Assistant Federal Public Defenders
**Interpreter:** Hortensia Studer and Lucinda Bush    **Language:** Spanish
**Defendant:**  ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody   ☐ Summons   ☐ Writ

**JURY TRIAL, DAY 2:**

9:31am: Government is present. Defense counsel is present. Defendant is present. Jurors are not present. Defense counsel informs the Court regarding communication from a Juror. The Court will advise the Jury that counsel are instructed not to have any contact with any Jurors.

9:35am: Jurors are present. Examination of Agent Ruiz resumes. With no objection from the Government, exhibits 109, 115, and 116 are admitted.

**10:51am – 11:06am: Break**

11:06am: Examination of Agent Ruiz resumes. With no objection from the Government, exhibits 105-108, 111, 112 and 113 (previously admitted on 7/26/2022) are admitted.

12:07pm: Government rests. Jurors are excused for break. Defense counsel Motions for Rule 29 Judgment of Acquittal. Government responds. The Court denies defense counsel's Motion for the reasons as stated on the record.

**12:11pm – 1:32pm: Break**

1:32pm: Government is present. Defense counsel is present. Defendant is present. Jurors are not present. The Court addresses the defendant regarding his right to testify and his right not to testify. Defendant states he wishes to testify.

1:43pm: Jurors enter Courtroom. Milton Fredy Calel-Lem is sworn and examined. With no objection from the Government, exhibit 124 is admitted.

2:51pm: Jurors are excused for recess. Discussion held regarding remaining witnesses.

**2:53pm – 3:10pm: Break**

| | |
|---|---|
| **USA v.** Milton Fredy Calel-Lem | **Date:** July 27, 2022 |
| **Case Number:** CR-22-00049-001-TUC-JAS (JR) | Page 2 of 2 |

3:10pm: Government is present. Defense counsel are present. Defendant is present. Jurors are present. Written Stipulation by Dr. John Reid is read and published to the Jury by Defense counsel (exhibit 128).

3:13pm: Agent Kyle Reesor is sworn and examined.

3:22pm: Defense rests. Government does not have any rebuttal witnesses. Jury is excused for the evening. Discussion held regarding disputed Jury Instructions (docket 41).

3:47pm: Court adjourned. Jury Trial to resume 7/28/2022 at 9:00am.

**Court Reporter** Cindy Shearman
**Deputy Clerk** Tiffany Dame

**Jury Trial**
**4 hours 23 minutes**

**Start: 9:31am**
**Stop:   3:47pm**