**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** James A. Soto | **Date:** July 28, 2022 |
| **USA v. Milton Fredy Calel-Lem** | **Case Number:** CR-22-00049-001-TUC-JAS (JR) |

**Assistant U.S. Attorney:** Sarah Bullard Houston and Frances Kreamer Hope
**Attorney for Defendant:** Jordan Malka and Fernanda Munoz, Assistant Federal Public Defenders
**Interpreter:** Lucinda Bush and Hortencia Studer    **Language:** Spanish
**Defendant:**  ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody   ☐ Summons   ☐ Writ

**JURY TRIAL, DAY 3:**

8:52am: Government is present. Defense counsel is present. Defendant is not present (waived for the purposes of this discussion). Discussion held regarding Final Jury Instructions.

8:57am: Defendant is present.

**9:00am – 9:10am: Break**

9:10am: Government is present. Defense counsel are present. Defendant is present. Parties indicate they are ready to proceed.

9:13am: Jurors enter Courtroom. The Court reads the Final Jury Instructions.

9:31am: Closing argument heard from the Government.

9:49am: Closing argument heard from Defense counsel.

10:15am: Rebuttal argument heard from the Government.

10:26am: Two alternate Jurors are randomly selected, thanked for their service, and excused. Remaining twelve Jurors begin deliberations.

**10:30am – 11:15am: Deliberations.**

| | |
|---|---|
| **USA v.** Milton Fredy Calel-Lem | **Date:** July 28, 2022 |
| **Case Number:** CR-22-00049-001-TUC-JAS (JR) | Page 2 of 2 |

11:15am: Government is present.  Defense counsel are present. Defendant is present. Jurors are not present. The Clerk has been informed that the Jury has reached a verdict.  Court calls for entry of the Jury.  The Jury finds the defendant not guilty as to Count One and Count Two of the Indictment. Defendant is Ordered released from custody as to this case. (Formal Judgment of Acquittal will be issued).

11:24am: Court adjourned.


**Court Reporter** Cindy Shearman
**Deputy Clerk** Tiffany Dame

**Jury Trial**
**1 hour 37 minutes**

**Start:  8:52am**
**Stop:   11:24am**