FILED LODGED
Jul 28 2022
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

PD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United States of America,
Plaintiff,
v.
Milton Fredy Calel-Lem
Defendant.

No. CR-22-49-TUC-JAS(JR)

**QUESTIONS DURING TESTIMONY**

Jury questions during testimony. Public Document 7/28/2022.

(7) What "non-life-threating" injuries did you notice on agnt Ruiz when you did your assesment

(2)

1.- Why did agent Ruiz switch to non recorded channel?

2.- When did the switch occur?

3.- What is the average time for switching?

4.- Is this (switch of channels) a normal and allowed process?

IF so, when is it customary to do so?

3

How much time went by before he Physically wrote his report after the incident?

4

Agent Ruiz said the radio was later found to be damaged, but then he was able to use it earlier. What was the damage?

(5)

why were photographs not taken of you until you got back to base?

did any bruising occur to the areas of the body where you were hit?