☒ FILED   ☐ LODGED

**Jul 28 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-49-TUC-JAS(JR) |
| Plaintiff, | |
| v. | **RETURN OF EXHIBITS** |
| Milton Fredy Calel-Lem, | |
| Defendant. | |

Receipt is hereby acknowledged for the exhibits submitted and or admitted during the Jury Trial conducted 7/26/2022 through 7/28/2022.

Exhibits shall be kept in my/our possession until all appeal time has run in this matter or until further Order of the Court.

Defense Exhibits: 105-109, 111-113, 115-117, 124

Dated: 7/28/2022

By: _____

Jordan Malka / Fernanda Munoz
Federal Public Defender Office